BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SESAR PRADO, AND<br>RAMON GARCIA PRADO,<br><br>    Defendants. | CASE NO. 2:14-CR-0303 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 12, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.   By previous order, this matter was set for status on March 12, 2015.

2.   By this stipulation, defendants now move to continue the status conference until April 2, 2015, and to exclude time between March 12, 2015, and April 2, 2015, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

    a)   The government has represented that the discovery associated with this case includes investigative reports, search warrant affidavits, judgment and commitment records, CDs and DVDs, and RAP sheets of the defendants. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)   Counsel for defendants desire additional time review the materials, conduct further investigation, consult with their clients, engage in pre-trial negotiations with the government, and to otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 12, 2015 to April 2, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 11, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ OLUSERE OLOWOYEYE
OLUSERE OLOWOYEYE
Assistant United States Attorney

Dated: February 11, 2015

/s/ DINA SANTOS
DINA SANTOS
Counsel for Defendant
SESAR PRADO

Dated: February 11, 2015

/s/ KELLY BABINEAU
KELLY BABINEAU
Counsel for Defendant
RAMON PRADO

## ORDER

IT IS SO ORDERED.

Dated: February 12, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT