BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SESAR PRADO, <br> RAMON PRADO <br><br> Defendants. | CASE NO. 2:14-CR-303 MCE <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: September 10, 2015 <br> TIME: 9:00 a.m. <br> COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on September 10, 2015.

2. By this stipulation, defendants now move to continue the status conference until October 8, 2015, and to exclude time between September 10, 2015, and October 8, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 100 pages of reports and 8 audio/video discs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges and the provided discovery, and to discuss potential resolution with their clients in light of the discovery provided to date.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 10, 2015 to October 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

*[Remainder of page intentionally left blank.]*

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 4, 2015                     BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ CHRISTIAAN H. HIGHSMITH
                                             CHRISTIAAN H. HIGHSMITH
                                             Assistant United States Attorney

Dated: September 4, 2015                     /s/ Kelly Babineau
                                             Kelly Babineau
                                             Counsel for Defendant
                                             Ramon Prado

Dated: September 4, 2015                     /s/ Dina Santos
                                             Dina Santos
                                             Counsel for Defendant
                                             Sesar Prado

## ORDER

IT IS SO ORDERED.

Dated: September 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION RE: SPEEDY TRIAL ACT; ORDER        3