BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>SESAR PRADO, ET AL.<br><br>                              Defendants. | CASE NO.  2:14-CR-303 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: January 29, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.  By previous order, this matter was set for status on December 17, 2015.

2.  By this stipulation, defendants now move to continue the status conference until January 29, 2016, and to exclude time between December 17, 2015, and January 29, 2016, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes approximately 120 pages of discovery, which includes investigative reports, search warrant affidavits, judgment and commitment records, CD's and DVD's, and criminal history reports All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Counsel for defendants desire additional time to complete the review of discovery, to conduct defense investigation, and to discuss potential resolutions with their

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1

clients. Counsel has also been continuing to engage in pre-trial negotiations with the government and otherwise prepare for trial

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 17, 2015 to January 29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 11, 2016     BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ CHRISTIAAN H. HIGHSMITH
                            CHRISTIAAN H. HIGHSMITH
                            Assistant United States Attorney

Dated: January 11, 2016     /s/ CHRISTIAAN HIGHSMITH
                            KELLY BABINEAU
                            Counsel for Defendant
                            RAMON PRADO

Dated: January 11, 2016     /s/ CHRISTIAAN HIGHSMITH
                            DINA SANTOS
                            Counsel for Defendant
                            SESAR PRADO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge