1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  428 J Street, Suite 359
   Sacramento, CA 95814
3  Telephone: (916) 447-0160
   Facsimile: (916) 447-2988
4

5  Attorney for:
   SESAR PRADO
6
                    IN THE UNITED STATES DISTRICT COURT
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,            CASE NO. 14-0303-GEB
10
                     Plaintiff,         STIPULATION REGARDING EXCLUDABLE
11                                      TIME PERIODS UNDER SPEEDY TRIAL ACT;
              v.                        [PROPOSED] FINDINGS AND ORDER TO
12                                      CONTINUE CASE TO 4/22/16 AT 9:15 A.M.
   SESAR PRADO,
13 RAMON PRADO,
                     Defendants
14

15                                **STIPULATION**

16       Plaintiff United States of America, by and through its counsel of record, Christian Highsmith,

17 and Defendant Sesar Prado, represented by Attorney Dina Santos; Defendant Ramon Prado, represented

18 by Attorney Kelly Babineau, hereby stipulate as follows:

19       1.    By previous order, this matter was set for status on March 11, 2016.

20       2.    By this stipulation, defendant now moves to continue the status conference until April 22,

21 2016, and to exclude time between March 11, 2016 and April 22, 2016, under Local Code T4.  Plaintiff

22 does not oppose this request.

23       3.    The parties agree and stipulate, and request that the Court find the following:

24            a)    Counsel for defendants desire additional time to review discovery, continue to

25 conduct investigation, finalize plea agreements, and to otherwise prepare for trial.  Additionally,

26 Attorney for Ramon Prado is currently in a jury trial and needs time to meet with her client.

27            b)    Counsel for defendants believe that failure to grant the above-requested

28 continuance would deny them the reasonable time necessary for effective preparation, taking into

   Stip. & [Proposed] Order Continuing Status Conf. &       1
   Excluding Time Periods Under Speedy Trial Act

account the exercise of due diligence.

        c)       The government does not object to the continuance.

        d)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 1a, 2016, to April 22, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 8, 2016                          BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ Christian Highsmith
                                                 CHRISTIAN HIGHSMITH
                                                 Assistant United States Attorney

| | |
|---|---|
| Dated: March 8, 2016 | /s/ Dina L. Santos<br>DINA SANTOS, ESQ.<br>Attorney for Sesar Prado |
| Dated: March 8, 2016 | /s/ Kelly Babineau<br>KELLY BABINEAU, ESQ.<br>Attorney for Ramon Prado |

////

///

//

/

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 9, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge