KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Ste 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for RAMON GARCIA PRADO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 2:14-CR-0303MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | [PROPOSED] ORDER TO CONTINUE |
| ) | STATUS CONFERENCE |
| ) | |
| SESAR PRADO, AND ) | |
| RAMON GARCIA PRADO ) | |
| ) | Date: 5-20-2016 |
| Defendant. ) | Time: 9:00 a.m. |
| _____) | Judge: Hon. Garland E. Burrell, Jr. |

Plaintiff United States of America, by and through its counsel of record, and defendants Sesar Prado and Ramon Prado, by and through their counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for status April 22, 2016.

2. By this stipulation, defendant now moves to continue the status conference until May 20, 2016, and to exclude time between April 22, 2016 and May 20, 2016, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the

-1-

following:

a. The government has represented that the discovery associated with this case includes investigative reports, search warrant affidavits, judgment and commitment records, CD's and DVD's, and RAP sheets of the defendants. All of this discovery has been either produced directly to counsel and / or made available for inspection and copying. Recently, the government provided new discovery involving hours of wire tap recordings.

b. Counsel for defendants desire additional time to complete the review of the new discovery, to conduct defense investigation, and to discuss potential resolutions with their clients. Counsel has also been continuing to engage in pre-trial negotiations with the government and otherwise prepare for trial.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 22, 2016 to May 20, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at

defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 20, 2016                    Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Ramon Prado

Dated: April 20, 2016                    /s/ Dina Santos
DINA SANTOS
Attorney for Sesar Prado

Dated: April 20, 2016                    /s/ Christiaan Highsmith
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: April 21, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

-3-