Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160
Email:  defense@dinasantos.com

Attorney for:
SESAR PRADO

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  14-0303-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 4/28/17 AT 9:00 A.M. |
| v. | |
| SESAR PRADO, | |
| Defendant | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Jason Hitt, and Defendant Sesar Prado, represented by Attorney Dina Santos hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 17, 2017.

2.      By this stipulation, defendant now moves to continue the status conference until April 28, 2017, and to exclude time between March 17, 2017, and April 28, 2017, under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for defendants desire additional time to review discovery, continue to conduct investigation, negotiate a possible plea agreement, and to otherwise prepare for trial.

b)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)      The government does not object to the continuance.

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 17, 2017, to April 28, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 15, 2017                          PHILLIP TALBERT
                                                United States Attorney

                                                /s/ Jason Hitt
                                                JASON HITT
                                                Assistant United States Attorney

Dated:  March 15, 2017                          /s/   Dina L. Santos
                                                DINA SANTOS, ESQ.
                                                Attorney for Sesar Prado

1

**ORDER**

2   IT IS SO FOUND AND ORDERED.

3   Dated:  March 16, 2017

4

5

6   _____
    GARLAND E. BURRELL, JR.

7   Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28