1  PHILLIP A. TALBERT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:14-CR-0003 GEB

12                     Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                          [PROPOSED] FINDINGS AND ORDER

14 SESAR PRADO,

15                     Defendant.

16

17                         **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on July 28, 2017.

21        2.      By this stipulation, defendant now moves to continue the status conference until August

22 25, 2017, and to exclude time between July 28, 2017, and August 25, 2017, under Local Code T4.

23        3.      The parties agree and stipulate, and request that the Court find the following:

24              a)      The government has represented that the discovery associated with this case

25 includes investigative reports, as well as audio and visual surveillance materials. All of this discovery

26 has been either produced directly to counsel and/or made available for inspection and copying.

27              b)      Counsel for defendant desires additional time conduct additional defense

28 investigation, legal research, and to confer with his client about how to proceed with negotiations with

the United States.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 28, 2017 to August 25, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated:  July 26, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated:  July 26, 2017

/s/ Dina Santos, Esq.
Dina Santos, Esq.
Counsel for Defendant
SESAR PRADO
Authorized to sign for Mr.
Santos on 7-26-17

1

2

3 **FINDINGS AND ORDER**

4 IT IS SO FOUND AND ORDERED.

5 Dated:  July 27, 2017

6

7

8 _____
GARLAND E. BURRELL, JR.
Senior United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28