```
 1  Dina L. Santos, SBN 204200
    A Professional Law Corporation
 2  455 Capitol Mall, Suite 802
    Sacramento, CA 95814
 3  Telephone: (916) 447-0160

 4
    Attorney for:
 5  Sesar Prado
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-cr-00303-GEB-1 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE J&S TO MAY 25, 2018 AT 9:00 A.M. AND RESET BRIEFING SCHEDULE |
| v. | |
| SESAR PRADO, | |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendants Jesus Esquivel-Cornejo, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for J&S and reset the briefing schedule as follows:

Judgment and Sentencing Date: **May 25, 2018**

Reply, or Statement of Non-Opposition: **May 18, 2018**

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: **May 11, 2018**

The Presentence Report shall be filed with the Court and disclosed to counsel no later than: **May 4, 2018**

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **April 27, 2018**

The proposed Presentence Report shall be disclosed to counsel no later than: **April 13, 2018**

1

IT IS SO STIPULATED.

Dated: February 21, 2018       McGregor Scott
                               United States Attorney


                               /s/ Jason Hitt
                               JASON HITT
                               Assistant United States Attorney


Dated: February 21, 2018       /s/ Dina L. Santos
                               DINA SANTOS, ESQ.
                               Attorney for SESAR PRADO

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 26, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge